MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

MARC PRICE WOLF (CABN 254495)
Special Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: marc.wolf@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. CR-13-00794 WHA |
| ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM JANUARY 14, 2014 UNTIL MARCH 11, 2014 |
| ) | |
| (1)   DAVID ANDREW MARTINEZ, ) | |
|       a/k/a "Oso," a/k/a "Fat Boy," ) | |
|       a/k/a "Big Homie," ) | |
| (2)   EDMUND DESHAWN DENEILIOM, ) | |
|       a/k/a "EZ," ) | |
| (3)   RUBEN ALEJANDRO QUIROZ, ) | |
| (4)   CESAR CASTELLANOS, ) | |
|       a/k/a "Cheese," ) | |
| (5)   LUCIO LERENZO MENDOZA, ) | |
|       a/k/a "Juce," ) | |
| (6)   SAMUEL TEWOLDE, ) | |
| (7)   KALIN CARELL, and ) | |
| (8)   ANDREW HILL-PICCOLA, ) | |
| ) | |
|       Defendants. ) | |

On January 14, 2014, the parties appeared before your honor for the initial status conference in this case and the Court set the next status conference for March 11, 2014 at 2:00 p.m.  Before the initial status conference, the government produced voluminous discovery including 37 CDs worth of audio and

SPEEDY TRIAL STIPULATION
CR-13-00794 WHA

video recordings and approximately 2,700 pages of documentary evidence.  The defense will need time to review, analyze, and conduct investigation into these materials.

Accordingly, the parties jointly agree that time should be excluded from January 14, 2014 until March 11, 2014 for effective preparation of defense counsel.  The parties represent that granting the continuance is for the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendants in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).

STIPULATED:

Dated:  January 29, 2014

MELINDA HAAG
United States Attorney

_____/s/_____
MARC PRICE WOLF
Attorney for the United States

_____/s/_____
MARTIN SABELLI
Counsel for Defendant David Martinez

_____/s/_____
PAUL DEMEESTER
Counsel for Defendant Edmund Deneiliom

_____/s/_____
DENA YOUNG
Counsel for Defendant Ruben Quiroz

_____/s/_____
GEORGE BOISSEAU
Counsel for Defendant Cesar Castellanos

_____/s/_____
DEBORAH LEVINE
Counsel for Defendant Lucio Mendoza

_____/s/_____
RANDY SUE POLLOCK
Counsel for Defendant Kailin Carrell

_____/s/_____
DANIEL BLANK
Counsel for Defendant Andrew Hill-Piccola

SPEEDY TRIAL STIPULATION
CR-13-00794 WHA

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from January 14, 2014 until March 11, 2014 under 18 U.S.C. § 3161(B)(iv) and 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED:   January 29, 2014.

The Hon. William Alsup
United States District Judge

SPEEDY TRIAL STIPULATION
CR-13-00794 WHA